## ANDREW DAWSON v. WM. BROWN.

THIS case is here on error from Cowley district court, where *Brown*, at December Term, 1877, had judgment against *Dawson*, who brings the case here for review.

*Hackney & McDonald*, for plaintiff.

*Per Curiam:* The above case must be affirmed, upon the authority of *Winstead v. Standeford*, ante, p. 270.

## BRADFORD COOPER v. R. W. LUDINGTON.

AT the March Term, 1878, of the district court of Chautauqua county, *Ludington*, as plaintiff in an action of replevin, recovered a judgment against defendant *Cooper*, who brings the case to this court.

*J. Milton*, for plaintiff in error.
*John Hutchings*, for defendant in error.

*Per Curiam:* The above case is affirmed, on the authority of *Patee v. Parkinson*, 18 Kas. 465.